CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 07-12481          DIV. I-14

MICHAEL WISNER

VERSUS

HOMESITE INSURANCE COMPANY

FILED: _____          _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes, petitioner, MICHAEL WISNER who resides and is domiciled in the Parish of ORLEANS, State of Louisiana, who represents as follows:

1.

Made defendant herein is **HOMESITE INSURANCE COMPANY** ("**HOMESITE** "), a foreign insurance corporation, licensed to and doing business within the State of Louisiana, and which has appointed the Louisiana Secretary of State as its agent for Service of Process in suits against it in the this State.

2.

At all times pertinent hereto, petitioner was the owner of property bearing the municipal address, 5307 Cartier Street, New Orleans, Louisiana located in ORLEANS Parish (and hereinafter referred to as: "Property").

3.

At all times pertinent hereto, HOMESITE had in full force and effect policies of property and casualty insurance insuring the Property.

4.

On or about August 29, 2005, petitioner's property suffered significant and catastrophic damages as a result of Hurricane Katrina.

5.

At all time relevant herein, the policy of insurance issued by HOMESITE insured petitioner for property damages and personal property located within the Property.

6.



Shortly after Hurricane Katrina, petitioner contacted defendant and provided them with information needed to set up his claim for damages.

7.

Petitioner alleges that petitioner's property was damaged during the Hurricane Katrina and said damage should be covered by the provisions of the insurance policy purchased by the plaintiff, notwithstanding this, the defendant steadfastly refuses to fully compensate the petitioner as per the insurance agreement.

8.

Petitioner avers that defendant is liable to him for penalties and attorney fees pursuant to LSA-R.S. 22:658 and 22:1220 for its arbitrary and capricious failure to pay reasonable damages which petitioner sustained in this incident.

9.

Despite repeated amicable demands, defendant has failed and refused to properly pay petitioner for damages to his property.

10.

Additionally, the provisions of the insurance contract states that when the insured party (petitioner) and the defendant disagrees as the actual cash value and the total amount of the loss and damage caused to property of the petitioner covered by the policy in a claim for then each party is to appoint a competent appraiser within twenty (20) days of notification of same. Thereafter the appraisers will select a competent umpire, and with the appraisal of the loss in accordance with the terms and conditions of policy held by petitioner.

11.

Additionally, Petititioner and Defendant have not agreed as to a competent umpire as dictated by the insurance policy, aforementioned (See Attached Pertinent Provisions of The Insurance Policy issued by Defendant). According to the insurance policy, in the event that either party fail to agree to an umpire, the trial court may make the appointment of a competent umpire from a list of three presented for said selection.

12.

Petitioner respectfully requests that the trial court make a selection from the list of three competent candidates for an umpire:

1. **Stephen Adams**
2. **Michael Connaughton**
3. **Mark Beacon**

WHEREFORE, Petitioner prays that the defendant be duly cited and served with a copy of this Petition and after due proceedings had, there be a judgment herein in favor of petitioner and against defendant, **HOMESITE INSURANCE COMPANY** to fully compensate petitioner for his damages together with legal interest thereon from the date of judicial demand until paid and for all cost of these proceedings as well as for all other general and equitable relief; furthermore, petitioner prays that a competent umpire be appointed from the list provided above.

RESPECTFULLY SUBMITTED:
KITCHENS & ASSOCIATES, LLC.

_____
ROGER W. KITCHENS (LA BAR # 25130)
530 Natchez Street, Suite 325
New Orleans, Louisiana 70130
(504) 525-7095 : Telephone
(504) 525-7099 : Facsimile

Please Serve:
**HOMESITE INSURANCE COMPANY**
Through their agent for Service of Process
Louisiana Secretary of State

### ORDER

CONSIDERING THE FOREGOING PLEADINGS AND REASONS:

IT IS HEREBY ORDERED AND ADJUDGED that:

Mr. _____ is appointed as umpire for the purpose of the instant claim and complaint of petitioner, MICHAEL WISNER.

NEW ORLEANS, LOUISIANA this _____ day of __SEP 1 7 2007__,

2007.

_____
JUDGE

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2007-11481     2007 AUG 29 P 2:51     DIV. I

MICHAEL WISNER

CIVIL DISTRICT COURT

VERSUS

HOMESITE INSURANCE COMPANY

FILED: _____        _____
                              DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, petitioner, MICHAEL WISNER who resides and is domiciled in the Parish of ORLEANS, State of Louisiana, who represents as follows:

1.

Made defendant herein is **HOMESITE INSURANCE COMPANY** ("HOMESITE"), a foreign insurance corporation, licensed to and doing business within the State of Louisiana, and which has appointed the Louisiana Secretary of State as its agent for Service of Process in suits against it in the this State.

2.

At all times pertinent hereto, petitioner was the owner of property bearing the municipal address, 5307 Cartier Street, New Orleans, Louisiana located in ORLEANS Parish (and hereinafter referred to as: "Property").

3.

At all times pertinent hereto, HOMESITE had in full force and effect policies of property and casualty insurance insuring the Property.

4.

On or about August 29, 2005, petitioner's property suffered significant and catastrophic damages as a result of Hurricane Katrina.

5.

At all time relevant herein, the policy of insurance issued by HOMESITE insured petitioner for property damages and personal property located within the Property.

6.

Shortly after Hurricane Katrina, petitioner contacted defendant and provided them with information needed to set up his claim for damages.

7.

Petitioner alleges that petitioner's property was damaged during the Hurricane Katrina and said damage should be covered by the provisions of the insurance policy purchased by the plaintiff, notwithstanding this, the defendant steadfastly refuses to fully compensate the petitioner as per the insurance agreement.

8.

Petitioner avers that defendant is liable to him for penalties and attorney fees pursuant to LSA-R.S. 22:658 and 22:1220 for its arbitrary and capricious failure to pay reasonable damages which petitioner sustained in this incident.

9.

Despite repeated amicable demands, defendant has failed and refused to properly pay petitioner for damages to his property.

10.

Additionally, the provisions of the insurance contract states that when the insured party (petitioner) and the defendant disagrees as the actual cash value and the total amount of the loss and damage caused to property of the petitioner covered by the policy in a claim for then each party is to appoint a competent appraiser within twenty (20) days of notification of same. Thereafter the appraisers will select a competent umpire, and with the appraisal of the loss in accordance with the terms and conditions of policy held by petitioner.

11.

Additionally, Petititioner and Defendant have not agreed as to a competent umpire as dictated by the insurance policy, aforementioned (See Attached Pertinent Provisions of The Insurance Policy issued by Defendant). According to the insurance policy, in the event that either party fail to agree to an umpire, the trial court may make the appointment of a competent umpire from a list of three presented for said selection.

12.

Petitioner respectfully requests that the trial court make a selection from the list of three competent candidates for an umpire:

1. Stephen Adams
2. Michael Connaughton
3. Mark Beacon

WHEREFORE, Petitioner prays that the defendant be duly cited and served with a copy of this Petition and after due proceedings had, there be a judgment herein in favor of petitioner and against defendant, **HOMESITE INSURANCE COMPANY** to fully compensate petitioner for his damages together with legal interest thereon from the date of judicial demand until paid and for all cost of these proceedings as well as for all other general and equitable relief; furthermore, petitioner prays that a competent umpire be appointed from the list provided above.

RESPECTFULLY SUBMITTED:
KITCHENS & ASSOCIATES, LLC.

_____
ROGER W. KITCHENS (LA BAR # 25130)
530 Natchez Street, Suite 325
New Orleans, Louisiana 70130
(504) 525-7095 : Telephone
(504) 525-7099 : Facsimile

Please Serve:
**HOMESITE INSURANCE COMPANY**
Through their agent for Service of Process
Louisiana Secretary of State

## ORDER

CONSIDERING THE FOREGOING PLEADINGS AND REASONS:

IT IS HEREBY ORDERED AND ADJUDGED that:

Mr. _____ is appointed as umpire for the purpose of the instant claim and complaint of petitioner, MICHAEL WISNER.

NEW ORLEANS, LOUISIANA this _____ day of _____,
2007.

_____
JUDGE

# State of Louisiana
## Secretary of State

03/01/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

HOMESITE INSURANCE COMPANY
MR. ANTHONY SCAVONGELLI, GENERAL COUNSEL
99 BEDFORD STREET
BOSTON, MA  02111

Suit No.: 200711481
CIVIL DISTRICT COURT
ORLEANS PARISH

MICHAEL WISNER
vs
HOMESITE INS CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on:  JAY DARDENNE
Served by:  JOHN LABATUT

Date: 02/26/2010
Title: DEPUTY SHERIFF

No: 803584

EC

ATTORNEY'S NAME: Kitchens, Roger  25130
AND ADDRESS: 315 S Hennessey St,
New Orleans   LA  70119

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:  2007 -- 11481   1                                      SECTION:   14 -- I

WISNER, MICHAEL versus HOMESITE INSURANCE COMPANY

## CITATION

TO: HOMESITE INSURANCE COMPANY
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS
THE LOUISIANA SECRETARY OF STATE

BATON ROUGE                    LA

**SERVED ON**
**JAY DARDENNE**

YOU HAVE BEEN SUED:

**FEB 2 6 2010**

**SECRETARY OF STATE**
**COMMERCIAL DIVISION**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**************************************************************************
ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
**************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    February 24, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA.

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On HOMESITE INSURANCE COMPANY | On HOMESITE INSURANCE COMPANY |
| THROUGH: THEIR AGENT FOR SERVICE OF PROCESS | THROUGH: THEIR AGENT FOR SERVICE OF PROCESS |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ |
| Returned same day                No. | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ |
| Deputy Sheriff of _____ | HOMESITE INSURANCE COMPANY |
| Mileage: $_____ | |
| _____/ ENTERED /_____ PAPER        RETURN _____/_____/_____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day                No. Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2007-11481　　　　　　　　　　2007 AUG 29 P 2: 51　DIV. I

MICHAEL WISNER

VERSUS

HOMESITE INSURANCE COMPANY

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, petitioner, MICHAEL WISNER who resides and is domiciled in the Parish of ORLEANS, State of Louisiana, who represents as follows:

1.

Made defendant herein is **HOMESITE INSURANCE COMPANY** ("**HOMESITE** "), a foreign insurance corporation, licensed to and doing business within the State of Louisiana, and which has appointed the Louisiana Secretary of State as its agent for Service of Process in suits against it in the this State.

2.

At all times pertinent hereto, petitioner was the owner of property bearing the municipal address, 5307 Cartier Street, New Orleans, Louisiana located in ORLEANS Parish (and hereinafter referred to as: "Property").

3.

At all times pertinent hereto, HOMESITE had in full force and effect policies of property and casualty insurance insuring the Property.

4.

On or about August 29, 2005, petitioner's property suffered significant and catastrophic damages as a result of Hurricane Katrina.

5.

At all time relevant herein, the policy of insurance issued by HOMESITE insured petitioner for property damages and personal property located within the Property.

6.

Shortly after Hurricane Katrina, petitioner contacted defendant and provided them with information needed to set up his claim for damages.

7.

Petitioner alleges that petitioner's property was damaged during the Hurricane Katrina and said damage should be covered by the provisions of the insurance policy purchased by the plaintiff, notwithstanding this, the defendant steadfastly refuses to fully compensate the petitioner as per the insurance agreement.

8.

Petitioner avers that defendant is liable to him for penalties and attorney fees pursuant to LSA-R.S. 22:658 and 22:1220 for its arbitrary and capricious failure to pay reasonable damages which petitioner sustained in this incident.

9.

Despite repeated amicable demands, defendant has failed and refused to properly pay petitioner for damages to his property.

10.

Additionally, the provisions of the insurance contract states that when the insured party (petitioner) and the defendant disagrees as the actual cash value and the total amount of the loss and damage caused to property of the petitioner covered by the policy in a claim for then each party is to appoint a competent appraiser within twenty (20) days of notification of same. Thereafter the appraisers will select a competent umpire, and with the appraisal of the loss in accordance with the terms and conditions of policy held by petitioner.

11.

Additionally, Petititioner and Defendant have not agreed as to a competent umpire as dictated by the insurance policy, aforementioned (See Attached Pertinent Provisions of The Insurance Policy issued by Defendant). According to the insurance policy, in the event that either party fail to agree to an umpire, the trial court may make the appointment of a competent umpire from a list of three presented for said selection.

12.

Petitioner respectfully requests that the trial court make a selection from the list of three competent candidates for an umpire:

1. Stephen Adams
2. Michael Connaughton
3. Mark Beacon

WHEREFORE, Petitioner prays that the defendant be duly cited and served with a copy of this Petition and after due proceedings had, there be a judgment herein in favor of petitioner and against defendant, HOMESITE INSURANCE COMPANY to fully compensate petitioner for his damages together with legal interest thereon from the date of judicial demand until paid and for all cost of these proceedings as well as for all other general and equitable relief; furthermore, petitioner prays that a competent umpire be appointed from the list provided above.

RESPECTFULLY SUBMITTED:
KITCHENS & ASSOCIATES, LLC.

ROGER W. KITCHENS (LA BAR # 25130)
530 Natchez Street, Suite 325
New Orleans, Louisiana 70130
(504) 525-7095 : Telephone
(504) 525-7099 : Facsimile

Please Serve:
HOMESITE INSURANCE COMPANY
Through their agent for Service of Process
Louisiana Secretary of State

## ORDER

CONSIDERING THE FOREGOING PLEADINGS AND REASONS:

IT IS HEREBY ORDERED AND ADJUDGED that:

Mr. _____ is appointed as umpire for the purpose of the instant claim and complaint of petitioner, MICHAEL WISNER.

NEW ORLEANS, LOUISIANA this _____ day of _____, 200_.

_____
JUDGE

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA